UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRIAN BENNETT,<br><br>    Plaintiff,<br><br>    v.<br><br>BATH IRON WORKS CORPORATION,<br><br>    Defendant. | Civil Action No. 2:17-cv-00049-JAW |

STIPULATION OF DISMISSAL

NOW COME the parties, by and through their respective counsel, and hereby stipulate to the dismissal of this matter with prejudice and without costs to any party.

Dated at Portland, Maine this 30th day of November 2017

/s/ Chad T. Hansen
Chad T. Hansen
Attorney for Plaintiff

Maine Employee Rights Group
92 Exchange Street, 2nd Floor
Portland, ME 04101
207-874-0905

/s/ August Heckman, III
August W. Heckman III
Attorney for Defendant

Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540-6289
609-919-6600

CERTIFICATE OF SERVICE

I certify that I served the foregoing document upon all counsel of record through this Court's electronic filing system on the date below.

Date:  November 30, 2017            /s/ Chad T. Hansen

1